## Louise Swanson, Appellant, v. Rock Island Stove Company, Appellee.

### Gen. No. 9,573.

opinion filed December 19, 1940. Murphy & Murphy, for appellant; Myron Murphy, of counsel; Andrew Kopp, for appellee. Opinion by JUSTICE HUFFMAN. ''Not to be published in full.''

## Fred J. Luthin, Appellee, v. Village of Hinsdale, Appellant.

### Gen. No. 9,581.

opinion filed December 19, 1940; rehearing denied February 4, 1941. Malcolm Mecartney, for appellant; Weaver & Weaver, for appellee; Wilbur Dahn, of counsel. Opinion by JUSTICE HUFFMAN. ''Not to be published in full.''